# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    No. 4:13CR00347 JLH

JOHN B. STACKS                                                                               DEFENDANT

## ORDER

The United States filed a motion under seal and has since informed the Court that the motion is moot. The motion is therefore denied. Document #29.

IT IS SO ORDERED this 5th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE